In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00090-CR**
_____

**SALVADOR TORRES MIJARES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 17-27313**

**MEMORANDUM OPINION**

The trial court sentenced Salvador Torres Mijares on January 8, 2018. In a criminal case, the appeal must be filed within thirty days of the date the sentence is imposed, or within ninety days if the defendant timely files a motion for new trial. Tex. R. App. P. 26.2(a)(1). Mijares did not file a motion for new trial within thirty days of sentencing. Therefore, his notice of appeal was due to be filed on February 7, 2018. Mijares filed a notice of appeal on March 5, 2018. We notified the parties that Mijares filed his notice of appeal too late to perfect an appeal. *See* Tex. R. App.

1

P. 25.2(b) ("In a criminal case, appeal is perfected by timely filing a sufficient notice of appeal."). No response has been filed.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1). Mijares also did not file a motion for extension of time to file his appeal. *See* Tex. R. App. P. 26.3. "If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction." *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). Accordingly, we dismiss the appeal for lack of jurisdiction

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 10, 2018
Opinion Delivered April 11, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.